AMELIA S. CALLANAN, Respondent, *v.* MARGARET C. CLEMENT, as Executrix of PHEBE STEENBERGH, Deceased, Appellant.

*Callanan* v. *Clement,* 32 App. Div. 631, affirmed.
(Argued March 2, 1900; decided March 20, 1900.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the third judicial department, entered July 16, 1898, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Edgar T. Brackett* for appellant.

*James W. Verbeck* for respondent.

Judgment and order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ. Not sitting: LANDON, J.